UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ESTANISLAO ORTIZ,

                                         Plaintiff,

         -against-

E 240 HALAL LIVE POULTRY CORP., et al.,

                                         Defendants.

-----------------------------------------------------------------X

20-CV-5363 (JPO) (KHP)

**STATUS ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court requested a status update from the parties by November 20, 2020 (*see* ECF No. 18,) but the parties have not submitted the letter as required. The parties shall submit a status update by **no later than December 4, 2020**.

       SO ORDERED.

DATED:      New York, New York
                 November 24, 2020

                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020