# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2021

March 8th, 2021

Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/08/2021

Re: Ortiz v. E 240 Halal Live Poultry Corp., et al, 20-cv-5363

Your Honor,

  The parties have circulated a final agreement to be signed by the parties.  Hopefully, the agreement should be fully executed shortly.  <u>Plaintiff would respectfully ask for an additional 30 days to submit the fully executed agreement and fairness motion.</u>

  <u>This is the first request for an extension.</u>

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*