# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.  Telephone: (347) 687-2019
Suite 301-A  cmulhollandesq@gmail.com
Astoria, NY 11103

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/06/2021
```

April 6th, 2021

Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/06/2021

Re: Ortiz v. E 240 Halal Live Poultry Corp., et al, 20-cv-5363

Your Honor,

The parties have signed a final agreement. However, the Defendants did not properly execute the proposed confessions of judgment that are part of the agreement and an important element of the agreement for the Plaintiff. The parties expect the Defendants to execute the Confessions shortly and the undersigned will submit a fairness motion as soon as possible.

Plaintiff would respectfully ask for an additional 14 days to submit the fully executed agreement and fairness motion.

This is the second request for an extension.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*